**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  13-cr-00118-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  KEVIN LEJOHN SANDERS,

      Defendant.

---

**ORDER**

---

      Pursuant to and in accordance with the sentencing hearing held before the

Honorable Robert E. Blackburn, United States District Judge, on June 12, 2015,

      **IT IS ORDERED** that Defendant Kevin LeJohn Sanders is sentenced to **time

served**.

      Dated:  June 12, 2015

                          BY THE COURT:

                          s/ Robert E. Blackburn
                          ROBERT E. BLACKBURN,
                          UNITED STATES DISTRICT JUDGE